# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| BEVERLY JO JONES, : | |
| AIS 233418, | |
| : | |
| Petitioner, | |
| : | |
| vs. | CA 09-0600-WS-C |
| : | |
| FRANK ALBRIGHT, | |
| : | |
| Respondent. | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated April 15, 2010 is **ADOPTED** as the opinion of this Court.

**DONE** this 11th day of May, 2010.

s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE