**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**


BEVERLY JO JONES,       :
AIS 233418,

                            :

     Petitioner,

                            :

vs.                         CA 09-0600-WS-C

                            :

FRANK ALBRIGHT,

                            :

     Respondent.

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**,

**ADJUDGED**, and **DECREED** that petitioner's request for habeas corpus relief, pursuant

to 28 U.S.C. § 2254, be dismissed as time-barred pursuant to 28 U.S.C. § 2244(d).

Alternatively, petitioner is not entitled to any relief in this Court because she has

procedurally defaulted all claims. Jones is not entitled to a certificate of appealability and,

therefore, she is not entitled to appeal *in forma pauperis*.

     **DONE** this 11th day of May, 2010.

                  s/ WILLIAM H. STEELE
                  CHIEF UNITED STATES DISTRICT JUDGE